UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL RIVERA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LOS ANGELES SHERIFF DEPARTMENT, et al.,<br><br>　　　　Defendants. | No. 2:25-cv-2470 AC P<br><br><br><u>ORDER</u> |

　　　　Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. ECF No. 1. Plaintiff has filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. ECF No. 2.

　　　　The federal venue statute provides that a civil action "may be brought in (1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) if there is no district in which an action may otherwise be brought as provided in this action, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action." 28 U.S.C. § 1391(b).

　　　　In this case, the complaint alleges claims against the Los Angeles Sheriff's Department, Transportation Commission of the Los Angeles Sheriff's Department, and the director of the Los

1 | Angeles Sheriff's Department, based on events that appear to have taken place in Los Angeles,
2 | County, which is in the Central District of California. ECF No. 1. Therefore, plaintiff's claim
3 | should have been filed in the United States District Court for the Central District of California. In
4 | the interest of justice, a federal court may transfer a complaint filed in the wrong district to the
5 | correct district. See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).

Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Central District of California.

DATED: September 22, 2025

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2