JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL RIVERA, | Case No.  2:25-cv-09744-SRM-ACCV |
| Plaintiff, | |
| v. | **JUDGMENT** |
| LOS ANGELES SHERIFF | |
| DEPARTMENT, et al., | |
| Defendant(s). | |

Pursuant to the Presented By Order Dismissing the Petition, IT IS HEREBY ADJUDGED that the case is DISMISSED without prejudice.

Dated: May 15, 2026

HON. SERENA R. MURILLO
United States District Judge